IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BIOSONIX, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 4:16-cv-139 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| HYDROWAVE, LLC, | § | PRD |
| T-H MARINE SUPPLIES, INC., and | § | |
| RHP INDUSTRIES, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Plaintiff Biosonix, LLC ("Biosonix") and Defendants Hydrowave, LLC, RHP Industries, LLC, and T-H Marine Supplies, Inc. ("Defendants"), have jointly filed a stipulation of dismissal (Dkt. # 88). The parties have reached a settlement and agreed to dismiss all claims and counterclaims between them with prejudice.

IT IS THEREFORE ORDERED that all claims between Biosonix and are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

The Clerk is directed to CLOSE this case.

**So Ordered and Signed**
**Feb 22, 2017**

_____
Ron Clark, United States District Judge